IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

    Plaintiff,

  vs.                                    CRIM. NO.
                                        MAGISTRATE NO. **05-M-729**

**MIKE JONES**,

    Defendant.

## O R D E R

The financial inability of the Defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

IT IS ORDERED that **STEPHEN McCUE**, of the Federal Public Defender Organization, District of New Mexico, is hereby appointed to represent said Defendant in this cause of action until further order of the Court.

IT IS FURTHER ORDERED that the question of reimbursement, if any, which may be assessed against Defendant for the services of an attorney will be deferred.

                                                     /S/
                                         **LORENZO F. GARCIA**
                                         U. S. Magistrate Judge

## N O T I C E

A **Detention/preliminary hearing** is set for **Thursday, December 15, 2005, at 9:30 a.m.**, before the Honorable **Lorenzo F. Garcia**, Chief United States Magistrate Judge, Albuquerque, New Mexico.