# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO
## ALBUQUERQUE, NEW MEXICO
### *PECOS COUTROOM*
### CLERK'S MINUTES
### BEFORE THE HONORABLE LORENZO F. GARCIA

DEFENDANTS:                          TYPE OF HEARING: Preliminary/Detention Hrg

 Gideon Robles                        CASE NO.  05-M- 729

   a/k/a Mike Jones                   DATE & TIME  12/ 15  /05


**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA:  Reeve Swainston          DEFENSE  Stephen McCue   ( ) APPT ( ) RET

                                                    ( ) APPT ( ) RET

                                                    ( ) APPT ( ) RET

 Devon Mahoney - S/A FBI                             ( ) APPT ( ) RET

PTS/PROB OFFICER  S. Guertz          INTERPRETER: ____

| **TAPE NO.** | **SPEAKER** | **TAPE NO.** | **SPEAKER** |
|---|---|---|---|
| FTR- PECOS | | 10:18am | END |
| @ 9:42 am | Court | | |
| @ 9:53 am | USA - direct of S/A | | |
| | FPD - cross of S/A | | |
| | Court - findings | | |
| | FPD - proffer re: release | | |
| | USA- correction in testimony | | |

**DATE OF ARREST:** ____

**HEARING RESULTS/FINDINGS:  clear and convincing evidence; Probable Cause found;**

**the presumption has not been overcome; deft remanded to custody of USMS**